STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:21-CR-00190 WHO |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| CHAZ DUPUIS, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information against Chaz Dupuis.

DATED: March 2, 2023                                         Respectfully submitted,

                                                                                    STEPHANIE M. HINDS
                                                                                     United States Attorney

                                                                                     */s/ Thomas A. Colthurst*
                                                                                  THOMAS A. COLTHURST
                                                                                  Chief, Criminal Division

//

1 | Leave is granted to the government to dismiss the Information against Chaz Dupuis.

Date: March 28, 2023

HON. WILLIAM H. ORRICK
United States District Judge